# FARER FERSKO

A Professional Association ATTORNEYS AT LAW

600 South Avenue
P.O. Box 580
Westfield, NJ 07091-0580

908.789.8550
Fax 908.789.8660

email jf@farerlaw.com
www.farerlaw.com

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly
Daniel L. Schmutter
Susan C. Karp
Jeffrey W. Cappola
Marcie R. Horowitz

George Duke
Robert A. Stout Jr.
Emily D. Vail
Brian M. Greene
Sarah S. Marcus
Keith P. McManus
Julia C. Rinne

Counsel
Regina E. Schneller
Anthony Giountikos
John H. Haque
Maura E. Blau

June 21, 2007

<u>Via ECF</u>

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court, District of New Jersey
MLK, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Beuff Enterprises Florida, Inc., Mary Lisberg
      and Robert Gilbert v. Villa Pizza, LLC and Wishwell
      International, Inc.
      Docket No.: 07-2159(PGS)
      File No.: 851106

Dear Judge Sheridan:

We represent Villa Pizza, LLC and Wishwell International, Inc. in the above-captioned matter.

Defendants were served with the Summons and Complaint in the above matter on May 17, 2007. Defendants were granted an automatic fifteen (15) day Clerk extension of time to Answer or otherwise respond pursuant to Fed. R. Civ. P. 6 and L. Civ. R. 6.1(b) thereby extending Defendants' time to Answer or otherwise respond to June 22, 2007.

Defendants hereby request that Your Honor grant an additional thirty (30) day extension of Defendants' time to Answer or otherwise respond to Monday, July 23, 2007, resulting in a total extension of forty-five (45) days. Plaintiffs have consented to this request.

**FARER FERSKO**  A Professional Association ATTORNEYS AT LAW

Honorable Peter G. Sheridan, U.S.D.J.
June 21, 2007
Page 2

If this request meets with Your Honor's approval please execute this letter below.

Respectfully submitted,

Daniel L. Schmutter
DLS:elh
cc: Beth Stearns (Via E-Mail)
    Ellen Lokker (Via E-Mail)
    Mitchell J. Kassoff (Via ECF)

SO ORDERED:

~~Peter G. Sheridan, U.S.D.J.~~
Esther Salas, U.S.M-J.