**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| BEUFF ENTERPRISES FLORIDA, INC., : | |
| MARY LISBERT and ROBERT GILBERT, : | Civil Action No. 07-2159 (PGS) |
| : | |
| : | |
| : | ORDER |
| Plaintiffs : | |
| v. : | |
| : | |
| VILLA PIZZA, LLC and WISHWELL : | |
| INTERNATIONAL, INC. : | |
| : | |
| Defendants. : | |

---

This matter comes before the Court on Defendants' renewed motion to dismiss after the Court allowed Plaintiffs to amend their complaint. The Court has reviewed the parties' submissions. For the reasons set forth in the Court's opinion, and for good cause having been shown,

IT IS, on this 23rd day of June, 2008,

ORDERED that Defendants' motion to dismiss is granted with regard to Counts Five, Six, Seven and Eight, and are hereby dismissed with prejudice; it is further

ORDERED that Defendants' motion to dismiss as it pertain to Plaintiffs' claims against Wishwell is denied.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.

June 24, 2008