UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEUFF ENTERPRISES FLORIDA, INC., MARY LISBERG and ROBERT GILBERT, <br><br> Plaintiffs, <br><br> vs. <br><br> VILLA PIZZA, LLC and WISHWELL INTERNATIONAL, INC., <br><br> Defendants. | Civil Action No. 07-2159 <br> Hon. Peter G. Sheridan, U.S.D.J. |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by counsel, represent to the court that this case has been settled and hereby stipulate to the dismissal of this action (both Complaint and Counterclaims), with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

FARER FERSKO, P.A.

By: /s/ Daniel L. Schmutter
  Daniel L. Schmutter

and
Ellen R. Lokker
LOKKER LAW PLC

Attorneys for Defendants

Dated: November 24, 2008

/s/Mitchell J. Kassoff

Mitchell J. Kassoff (MK 9059)
Attorney for Plaintiffs

SO ORDERED: [signature]
DATED: 11/24/08